UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL SAVAGE, | ) | Case: 1:15-mj-00247 (GMH) |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION

The above captioned case has been reassigned to Danielle C. Jahn, Assistant Federal Public Defender. Ms. Jahn, and not Shawn Moore, Assistant Federal Public Defender, will represent Mr. Savage in this matter. Please send all notices and inquiries to Ms. Jahn at the address listed below.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DANIELLE C. JAHN
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500
dani_jahn@fd.org